# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

PETER KAMAU NDUATI,

      Plaintiff,

v.

SHAW INDUSTRIES GROUP, INC.
& SHAW INDUSTRIES INC.,

      Defendants.

CIVIL ACTION FILE NO.

4:21-cv-00198-HLM-WEJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Peter Kamau Nduati and Defendants Shaw Industries Group, Inc. & Shaw Industries Inc., through their undersigned attorneys of record, and hereby give notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 17th day of March, 2022.

*[SIGNATURES TO FOLLOW]*

_s/ Amanda M. Brookhuis_
Amanda M. Brookhuis
Georgia Bar No. 601396
amb@kirbygsmith.com
THE KIRBY G. SMITH
LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253

_Attorney for Plaintiff_

_s/ Douglas H. Duerr_
Douglas H. Duerr
Georgia Bar No. 231772
Megan L. Quinn
Georgia Bar No. 625272
ELARBEE, THOMPSON, SAPP &
WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700

(404) 222-9718 (facsimile)
duerr@elarbeethompson.com
quinn@elarbeethompson.com

_Attorneys for Defendants_

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PETER KAMAU NDUATI, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 4:21-cv-00198-HLM-WEJ |
| SHAW INDUSTRIES GROUP, INC. & SHAW INDUSTRIES INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 17th day of March, 2022.

THE KIRBY G. SMITH LAW FIRM, LLC

/s/Amanda M. Brookhuis
Amanda M. Brookhuis
Georgia Bar No. 601396
*Attorney for Plaintiff*

3